**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1

AUG 0 7 2025

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

TAMMY H. DOWNS, CLERK

By: _M Moore_

DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KEYONTAE JOHNSON** | |
| | Case No.  4:14-CR-00187-BSM-2 |
| | USM No. 28709-009 |
| | Chris Tarver |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)    1-4    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 - Mandatory (1) | The defendant shall not commit another federal, state, or local crime. | 12/09/2024 |

The defendant is sentenced as provided in pages 2 through    3    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:    1267

08/06/2025

Date of Imposition of Judgment

Defendant's Year of Birth:    1995

Signature of Judge

City and State of Defendant's Residence:
Pine Bluff, Arkansas

Brian S. Miller, U.S. District Judge

Name and Title of Judge

8/7/2025

Date

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: KEYONTAE JOHNSON
CASE NUMBER: 4:14-CR-00187-BSM-2

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 - Standard (2) | You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. | 03/18/2025 |
| 3 - Standard (9) | If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours. | 12/12/2024 |
| 4 - Special | The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.  Restitution $4,907. Restitution is due immediately, and any unpaid balance will be payable during incarceration and supervised release.  During incarceration, the defendant will pay 50 percent per month of all funds that are available to him.  During residential reentry, payment will be reduced to 10 percent of the defendant's gross monthly income.  Beginning the first month of supervised release, payments will be 10 percent per month of the defendant's months gross income.  The interest requirement is waived.  At the start of supervision, Mr. Johnson agreed to pay $25 each month until he found employment. | 08/06/2025 |

AO 245D (Rev. 09/19)    Judgment in a Criminal Case for Revocations
                        Sheet 3 — Supervised Release

| | Judgment—Page | 3 | of | 3 |
|---|---|---|---|---|

DEFENDANT:  KEYONTAE JOHNSON
CASE NUMBER:  4:14-CR-00187-BSM-2

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

FIVE (5) DAYS WITH CREDIT FOR TIME SERVED

## MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.  ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.